# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THERESA BROOKE,

            Plaintiff,

    v.

PREM NIVAS LLC, d/b/a ECONO LODGE
INN & SUITES I-5 at RT. 58,

            Defendants.

_____/

Case No.  1:15-cv-01825-SKO

**ORDER DIRECTING CLERK OF COURT
TO CLOSE CASE**

On April 25, 2016, Plaintiff Theresa Brooke filed a joint stipulation of dismissal with prejudice as to Defendant Prem Nivas LLC d/b/a Econo Lodge Inn & Suites I-5 at Rt. 58, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. 21.)  The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1.  All claims asserted by Plaintiff Theresa Brooke against Defendant Prem Nivas LLC d/b/a Econo Lodge Inn & Suites I-5 at Rt. 58 in the underlying action are hereby DISMISSED WITH PREJUDICE;

2.  The Clerk of Court is directed to close this case; and

3.  Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   __April 26, 2016__                    _____/s/ Sheila K. Oberto____
                                                                      UNITED STATES MAGISTRATE JUDGE